| Statement of Earnings For: | | **BARBARA A MILLER** | | | | Quigley Bus Service Inc<br>326 MAIN STREET<br>PO BOX 219<br>BALLY, PA 19503-0219 | | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 3/16/2018 | Company Id | 16670 | Employee Number | 444 | | | |
| Period End | 3/29/2018 | Department | 2 | Pay Group | Bi-Weekly | | | |
| Check Date | 4/4/2018 | | | SSN | XXX-XX-2917 | | | |
| Federal Filing | Married | Res State PA | | | | PA Exemptions | | PA Additional |
| Fed Exempts | 2 | Work State PA | | | | | | |
| Fed Additional | | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V570288 | $0.00 | $218.45 | $190.72 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.8500 | 17.00 | 218.45 | 308.75 | 3,967.44 | SOC SEC EE | 13.54 | 245.98 | | | |
| | | | | | | MED EE | 3.17 | 57.53 | | | |
| | | | | | | FEDERAL WH | 0.00 | 15.96 | | | |
| | | | | | | PENNSYLVANIA W | 6.71 | 121.80 | | | |
| | | | | | | BALLY | 2.18 | 39.68 | | | |
| | | | | | | PENNSYLVANIA SU | 0.13 | 2.38 | | | |
| | | | | | | BALLY LST | 2.00 | 14.00 | | | |
| **Total:** | | 17.00 | 218.45 | 308.75 | 3,967.44 | **Total:** | 27.73 | 497.33 | **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | Account: ####9709 | Deposit Amount: | 190.72 |
|---|---|---|---|
| Checking | | | |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Quigley Bus Service Inc
326 MAIN STREET
PO BOX 219
BALLY, PA 19503-0219

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/4/2018 | V570288 |

**TOTAL NET PAY**
********$190.72

Your entire Net pay of $190.72 has been deposited in your bank account(s).

**BARBARA A MILLER**
906 HUFFS CHURCH RD
ALBURTIS, PA 18011

**NOT NEGOTIABLE**

S2032B

S2032B

| Statement of Earnings For: | | **BARBARA A MILLER** | | | | | Quigley Bus Service Inc | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 3/30/2018 | Company Id | 16670 | Employee Number | 444 | | 326 MAIN STREET | |
| Period End | 4/12/2018 | Department | 2 | Pay Group | Bi-Weekly | | PO BOX 219 | |
| Check Date | 4/18/2018 | | | SSN | XXX-XX-2917 | | BALLY, PA 19503-0219 | |
| Federal Filing | Married | Res State PA | | | | | PA Exemptions | PA Additional |
| Fed Exempts | 2 | Work State PA | | | | | | |
| Fed Additional | | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V618867 | $0.00 | $754.94 | $664.02 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.8500 | 58.75 | 754.94 | 367.50 | 4,722.38 | SOC SEC EE | 46.81 | 292.79 | | | |
| | | | | | | MED EE | 10.94 | 68.47 | | | |
| | | | | | | FEDERAL WH | 0.00 | 15.96 | | | |
| | | | | | | PENNSYLVANIA W | 23.18 | 144.98 | | | |
| | | | | | | BALLY | 7.54 | 47.22 | | | |
| | | | | | | PENNSYLVANIA SU | 0.45 | 2.83 | | | |
| | | | | | | BALLY LST | 2.00 | 16.00 | | | |
| **Total:** | | 58.75 | 754.94 | 367.50 | 4,722.38 | **Total:** | 90.92 | 588.25 | **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####9709 | Deposit Amount: | 664.02 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Quigley Bus Service Inc
326 MAIN STREET
PO BOX 219
BALLY, PA 19503-0219

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/18/2018 | V618867 |

**TOTAL NET PAY**

********$664.02

Your entire Net pay of $664.02 has been deposited in your bank account(s).

**BARBARA A MILLER**
906 HUFFS CHURCH RD
ALBURTIS, PA 18011

**NOT NEGOTIABLE**

Security Features Included ⊞ Details on back

| Statement of Earnings For: | | **BARBARA A MILLER** | | | | Quigley Bus Service Inc<br>326 MAIN STREET<br>PO BOX 219<br>BALLY, PA 19503-0219 | |
|---|---|---|---|---|---|---|---|
| Period Begin | 4/13/2018 | Company Id | 16670 | Employee Number | 444 | | |
| Period End | 4/26/2018 | Department | 2 | Pay Group | Bi-Weekly | | |
| Check Date | 5/2/2018 | | | SSN | XXX-XX-2917 | | |
| Federal Filing | Married | Res State PA | | | | PA Exemptions | PA Additional |
| Fed Exempts | 2 | Work State PA | | | | | |
| Fed Additional | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V670950 | $0.00 | $938.05 | $808.07 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.8500 | 73.00 | 938.05 | 440.50 | 5,660.43 | SOC SEC EE | 58.16 | 350.95 | | | |
| | | | | | | MED EE | 13.61 | 82.08 | | | |
| | | | | | | FEDERAL WH | 17.46 | 33.42 | | | |
| | | | | | | PENNSYLVANIA W | 28.80 | 173.78 | | | |
| | | | | | | BALLY | 9.38 | 56.60 | | | |
| | | | | | | PENNSYLVANIA SU | 0.57 | 3.40 | | | |
| | | | | | | BALLY LST | 2.00 | 18.00 | | | |
| **Total:** | | 73.00 | 938.05 | 440.50 | 5,660.43 | **Total:** | 129.98 | 718.23 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Checking | Account: ####9709 | Deposit Amount: | 808.07 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Quigley Bus Service Inc
326 MAIN STREET
PO BOX 219
BALLY, PA 19503-0219

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/2/2018 | V670950 |

**TOTAL NET PAY**

********$808.07

Your entire Net pay of $808.07 has been deposited in your bank account(s).

**BARBARA A MILLER**
906 HUFFS CHURCH RD
ALBURTIS, PA 18011

**NOT NEGOTIABLE**

Security Features Included — Details on back

| Statement of Earnings For: | | BARBARA A MILLER | | | | | Quigley Bus Service Inc |  |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 4/27/2018 | Company Id | 16670 | Employee Number | 444 | | 326 MAIN STREET | |
| Period End | 5/10/2018 | Department | 2 | Pay Group | Bi-Weekly | | PO BOX 219 | |
| Check Date | 5/16/2018 | | | SSN | XXX-XX-2917 | | BALLY, PA 19503-0219 | |
| Federal Filing | Married | Res State PA | | | | | PA Exemptions | PA Additional |
| Fed Exempts | 2 | Work State PA | | | | | | |
| Fed Additional | | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V721383 | $0.00 | $921.99 | $795.53 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.8500 | 71.75 | 921.99 | 512.25 | 6,582.42 | SOC SEC EE | 57.16 | 408.11 | | | |
| | | | | | | MED EE | 13.37 | 95.45 | | | |
| | | | | | | FEDERAL WH | 15.85 | 49.27 | | | |
| | | | | | | PENNSYLVANIA W | 28.31 | 202.09 | | | |
| | | | | | | BALLY | 9.22 | 65.82 | | | |
| | | | | | | PENNSYLVANIA SU | 0.55 | 3.95 | | | |
| | | | | | | BALLY LST | 2.00 | 20.00 | | | |
| Total: | | 71.75 | 921.99 | 512.25 | 6,582.42 | Total: | 126.46 | 844.69 | Total: | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | | |
|---|---|---|---|
| Checking | Account: ####9709 | Deposit Amount: | 795.53 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Quigley Bus Service Inc
326 MAIN STREET
PO BOX 219
BALLY, PA 19503-0219

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/16/2018 | V721383 |

**TOTAL NET PAY**
********$795.53

Your entire Net pay of $795.53 has been deposited in your bank account(s).

**BARBARA A MILLER**
906 HUFFS CHURCH RD
ALBURTIS, PA 18011

**NOT NEGOTIABLE**

S2032B

LOAN # 0054741467 S2032B

| Statement of Earnings For: | BARBARA A MILLER | | | | | Quigley Bus Service Inc<br>326 MAIN STREET<br>PO BOX 219<br>BALLY, PA 19503-0219 | | |
|---|---|---|---|---|---|---|---|---|
| Period Begin | 5/11/2018 | Company Id | 16670 | Employee Number | 444 | | | |
| Period End | 5/24/2018 | Department | 2 | Pay Group | Bi-Weekly | | | |
| Check Date | 5/30/2018 | | | SSN | XXX-XX-2917 | | | |
| Federal Filing | Married | Res State PA | | | | | | |
| Fed Exempts | 2 | Work State PA | | | | PA Exemptions | | PA Additional |
| Fed Additional | | | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V772285 | $0.00 | $954.01 | $820.58 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 12.8500 | 73.25 | 941.26 | 585.50 | 7,523.68 | SOC SEC EE | 59.15 | 467.26 | | | |
| CPR/First Aid | 8.5000 | 1.50 | 12.75 | 1.50 | 12.75 | MED EE | 13.83 | 109.28 | | | |
| | | | | | | FEDERAL WH | 19.05 | 68.32 | | | |
| | | | | | | PENNSYLVANIA W | 29.29 | 231.38 | | | |
| | | | | | | BALLY | 9.54 | 75.36 | | | |
| | | | | | | PENNSYLVANIA SU | 0.57 | 4.52 | | | |
| | | | | | | BALLY LST | 2.00 | 22.00 | | | |
| Total: | | 74.75 | 954.01 | 587.00 | 7,536.43 | Total: | 133.43 | 978.12 | Total: | 0.00 | 0.00 |

CURRENT PERIOD LEAVE ACCRUAL

DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####9709 | 820.58 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES - SEE REVERSE

Quigley Bus Service Inc
326 MAIN STREET
PO BOX 219
BALLY, PA 19503-0219

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/30/2018 | V772285 |

**TOTAL NET PAY**

\*\*\*\*\*\*\*\*$820.58

Details on back

Your entire Net pay of $820.58 has been deposited in your bank account(s).

**BARBARA A MILLER**
906 HUFFS CHURCH RD
ALBURTIS, PA 18011

**NOT NEGOTIABLE**

Security Features Included