Certificate Number: 05781-PAE-DE-031726229

Bankruptcy Case Number: 18-14460



05781-PAE-DE-031726229

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2018, at 5:22 o'clock PM PDT, David Miller completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 7, 2018               By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President