Certificate Number: 05781-PAE-DE-031726228

Bankruptcy Case Number: 18-14460



05781-PAE-DE-031726228

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2018, at 5:22 o'clock PM PDT, Barbara Miller completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 7, 2018              By:     /s/Allison M Geving

                                     Name:   Allison M Geving

                                     Title:  President