IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R. Miller, | : | Chapter 13 |
| and Barabar A. Miller | : | |
| Debtors | : | Bankruptcy No.: 18-14460-ref |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed April 5, 2019 was forwarded to the following parties, as follows:

*Via First Class <u>Certified</u> United States Mail on April 5, 2019:*

Deedra D. Slow, Bank. Spec.
OneMain
PO Box 3251
Evansville, IN 47731-3251

CNAC
601 State Rd
Emmaus, PA 18049

*Via First Class United States Mail on April 5, 2019:*

Victoria Mosby, Bankr. Spec.
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

*via Electronic Filing (ECF) on April 5, 2019:*

Rebecca Ann Solarz, Esquire on behalf of Freedom Mortgage Corporation
bkgroup@kmllawgroup.com

Scott Waterman, Esquire, Chapter 13 Trustee
ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:  */s/ Joseph Quinn*
     Joseph Quinn, Esquire
     Attorney I.D. No. 307467
     152 E. High Street, Suite 100
     Pottstown, PA 19464
     T: 610.323.5300
     F: 610.323.6081
     JQuinn@SJR-LAW.com
Date: April 5, 2019    Counsel for Debtor