IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R. Miller, | : | Chapter 13 |
| and Barabar A. Miller | : | |
| Debtors | : | Bankruptcy No.: 18-14460-ref |

_____

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of the claim filed by Debtors on behalf of CNAC, marked as proof of claim No. 12, was served upon the following parties, as follows:

*Via First Class United States Mail on April 5, 2019:*

CNAC
601 State Rd
Emmaus, PA 18049

*via Electronic Filing (ECF) on April 5, 2019:*

Rebecca Ann Solarz, Esquire on behalf of Freedom Mortgage Corporation
bkgroup@kmllawgroup.com

Scott Waterman, Esquire, Chapter 13 Trustee
ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:   */s/ Joseph Quinn*_____
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      152 E. High Street, Suite 100
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@SJR-LAW.com

Date: April 5, 2019      Counsel for Debtors