# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Barbara A. Miller fka Barbara A Bolig fka Barbara A Rose<br>　　　David R. Miller<br>　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br>Barbara A. Miller fka Barbara A Bolig fka Barbara A Rose<br>David R. Miller<br>　　　　　　Debtor(s)<br><br>SCOTT F. WATERMAN<br>　　　　　　Trustee | NO. 18-14460 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about **August 24, 2018, docket number 15**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

May 15, 2019