United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David R Miller
Barbara A Miller
    Debtors

Case No. 18-14460-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: May 16, 2019
Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.
db/jdb     +David R Miller,   Barbara A Miller,   906 Huffs Church Road,   Alburtis, PA 18011-2129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:
       JOSEPH L QUINN    on behalf of Joint Debtor Barbara A Miller CourtNotices@rqplaw.com
       JOSEPH L QUINN    on behalf of Debtor David R Miller CourtNotices@rqplaw.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
       ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ecfmail@readingch13.com,   ecf_frpa@trustee13.com
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
       TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David R Miller and Barbara A Miller
       Debtor(s)                             Chapter: 13

                                             Bankruptcy No: 18−14460−ref
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 16, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                         Richard E. Fehling
                                         Chief Judge ,
                                         United States Bankruptcy Court

                                                                  34
                                                         Form 155