UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** David R. Miller and | | Chapter 13 |
| Barbara A. Miller | | |
| Debtor(s) | | BK No. 18-14460-ref |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**, less $1,300.00 paid by debtor pre-petition**.**

3.  Expenses are **ALLOWED** in favor of the Application in the amount of **$50.00.**

BY THE COURT:

**Date: May 20, 2019**

_____
HON. RICHARD E. FEHLING
CHIEF U.S. BANKRUPTCY JUDGE