United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David R Miller
Barbara A Miller
    Debtors

Case No. 18-14460-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: May 20, 2019
                  Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2019.
db/jdb     +David R Miller,   Barbara A Miller,   906 Huffs Church Road,   Alburtis, PA 18011-2129
cr         +Freedom Mortgage Corporation,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
       1544 Old Alabama Road,   Roswell, GA 30076-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 02:20:48     Synchrony Bank,
       c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                      TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:
        JOSEPH L QUINN     on behalf of Joint Debtor Barbara A Miller CourtNotices@rqplaw.com
        JOSEPH L QUINN     on behalf of Debtor David R Miller CourtNotices@rqplaw.com
        REBECCA ANN SOLARZ     on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
     ecfmail@readingch13.com,   ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R     on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
     ECF_FRPA@Trustee13.com
                                                                             TOTAL: 7

UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: David R. Miller and<br>Barbara A. Miller | \| <br> \| | Chapter 13 |
| Debtor(s) | \| | BK No. 18-14460-ref |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**, less $1,300.00 paid by debtor pre-petition**.**

3. Expenses are **ALLOWED** in favor of the Application in the amount of **$50.00.**

**Date: May 20, 2019**

BY THE COURT:

_____
HON. RICHARD E. FEHLING
CHIEF U.S. BANKRUPTCY JUDGE