```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                         Case No. 18-14460-amc
David R Miller                                                 Chapter 13
Barbara A Miller
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: JEGilmore          Page 1 of 1           Date Rcvd: Feb 25, 2020
                             Form ID: pdf900          Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db/jdb         +David R Miller,    Barbara A Miller,    906 Huffs Church Road,    Alburtis, PA 18011-2129
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 26 2020 03:45:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 26 2020 03:45:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2020 03:51:37     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Joint Debtor Barbara A Miller CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor David R Miller CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara A. Miller fka Barbara A Bolig fka Barbara A Rose David R. Miller <br> Debtors | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION <br> Movant <br> vs. | NO. 18-14460 AMC |
| Barbara A. Miller fka Barbara A Bolig fka Barbara A Rose David R. Miller <br> Debtors | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esquire <br> Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$3,768.89,** which breaks down as follows;

Post-Petition Payments:   December 2019 to February 2020 at $1,016.85/month

Suspense Balance:        $312.66
Fees & Costs Relating to Motion: $1,031.00
**Total Post-Petition Arrears    $3,768.89**

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on March 1, 2020 and continuing through February 1, 2021, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,016.85** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$314.08 for March 2020 to January 2021 and $314.01 for February 2021** towards the arrearages on or before the last day of each month at the address below;

FREEDOM MORTGAGE
CORPORATION 10500 Kincaid
Drive Fishers, Indiana 46037-9764

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   February 5, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date:   February 14, 2020

/s/ Joseph L. Quinn, Esquire
Joseph L. Quinn, Esquire
Attorney for Debtors

Date:   2/19/2020

Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this 25th day of February, 2020 ~~2019~~. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan