Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-14460-PMM

DAVID R MILLER  
BARBARA A MILLER  
906 HUFFS CHURCH ROAD  
ALBURTIS PA 18011

Petition Filed Date: 07/03/2018  
341 Hearing Date: 08/14/2018  
Confirmation Date: 05/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2019 | $850.00 | | 02/21/2019 | $850.00 | | 03/21/2019 | $850.00 | |
| 04/09/2019 | $850.00 | | 05/13/2019 | $850.00 | | 07/08/2019 | $850.00 | |
| 08/14/2019 | $850.00 | | 09/23/2019 | $850.00 | | 11/01/2019 | $850.00 | 6293199000 |
| 12/30/2019 | $850.00 | 6436390000 | 02/10/2020 | $500.00 | 6544017000 | 02/11/2020 | $850.00 | 6554561000 |
| 02/14/2020 | ($850.00) | 6554561000 | 02/25/2020 | $850.00 | | 04/02/2020 | $850.00 | |
| 05/19/2020 | $1,700.00 | | 06/03/2020 | $850.00 | | 06/18/2020 | $1,000.00 | |

**Total Receipts for the Period: $14,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $535.14 | $0.00 | $535.14 |
| 6 | AT&T MOBILITY II LLC<br>»» 006 | Unsecured Creditors | $1,099.51 | $0.00 | $1,099.51 |
| 8 | BECKET & LEE, LLP<br>»» 008 | Unsecured Creditors | $611.13 | $0.00 | $611.13 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $444.52 | $0.00 | $444.52 |
| 12 | CNAC<br>»» 012 | Secured Creditors | $11,388.41 | $3,823.20 | $7,565.21 |
| 9 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Mortgage Arrears | $24,410.95 | $8,195.04 | $16,215.91 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 003 | Unsecured Creditors | $17,288.43 | $0.00 | $17,288.43 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $3,127.68 | $0.00 | $3,127.68 |
| 4 | MONTGOMERY WARD<br>»» 004 | Unsecured Creditors | $510.60 | $0.00 | $510.60 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Secured Creditors | $6,432.36 | $2,159.42 | $4,272.94 |
| 10 | WINDSTREAM<br>»» 010 | Unsecured Creditors | $53.34 | $0.00 | $53.34 |
| 11 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 011 | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |

**Chapter 13 Case No. 18-14460-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,500.00 | Current Monthly Payment: | $850.00 |
| Paid to Claims: | $16,927.66 | Arrearages: | $2,750.00 |
| Paid to Trustee: | $1,572.34 | Total Plan Base: | $51,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.