THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R. Miller and | : | Chapter 13 |
| Barbara A. Miller, | : | |
| Debtors | : | No. : 18-14460-pmm |

*****************

**Hearing to be Held:**
**Date:  November 19, 2020**
**Time:  11:00 am**
**Place:  United States Bankruptcy Court**
**Courtroom 4th Floor**
**The Gateway Building**
**201 Penn Street**
**Reading, Pennsylvania, 19601**

*****************

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

David R. Miller and Barbara A. Miller, Debtors, by and through undersigned counsel, has filed a Motion to Modify the Chapter 13 Plan (Post-Confirmation).

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 16, 2020 you or your attorney must do ALL of the following:

   (a). file an answer explaining your position at:

   **United States Bankruptcy Court**
   **Eastern District of Pennsylvania**
   **The Gateway Building**
   **201 Penn Street, Suite 103**
   **Reading, PA 19601**

   (b). If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and mail a copy to movant:

   Joseph Quinn, Esquire
   Ross, Quinn & Ploppert, P.C.
   192 S. Hanover Street, Suite 101
   Pottstown, PA  19464

    2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

    3.     A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge on November 19, 2020 at 11:00 A.M., in:

> **United States Bankruptcy Court**
> **Courtroom 4th Floor**
> **The Gateway Building**
> **201 Penn Street**
> **Reading, Pennsylvania, 19601**

    4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

    5.     You may contact the bankruptcy clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

                              **ROSS, QUINN & PLOPPERT, P.C.**

                              By: */s/ Joseph Quinn*
                                  Joseph Quinn, Esquire
                                  Attorney I.D. 307467
                                  192 S. Hanover Street, Suite 101
                                  Pottstown, PA 19464
                                  Ph: (610) 323-5300
                                  F:  (610) 323-6081

Dated: October 27, 2020