THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R. Miller and | : | Chapter 13 |
| Barbara A. Miller, | : | |
| Debtors | : | No. : 18-14460-pmm |

**CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on October 27, 2020, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on October 27, 2020:*

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman, Esq., Chapter 13 Trustee
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor Freedom Mortgage Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

*Via First Class Certified United States Mail on October 27, 2020:*

Deedra D. Slow, Bank. Spec.
OneMain
PO Box 3251
Evansville, IN 47731-3251

CNAC
601 State Rd
Emmaus, PA 18049

*Via First Class United States Mail on October 27, 2020:*

Victoria Mosby, Bankr. Spec.
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

All other creditors on the mailing matrix not noticed by way of ECF.

                                                **ROSS, QUINN & PLOPPERT, P.C.**

                                        By: */s/ Joseph Quinn*
                                             Joseph Quinn, Esquire
                                             Attorney I.D. 307467
                                             Ross, Quinn & Ploppert, P.C.
                                             192 S. Hanover Street, Suite 101
                                             Pottstown, PA  19464
                                             Ph: (610) 323-5300
                                             F:   (610) 323-6081

Dated: <u>October 27, 2020</u>