IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R Miller and | : | Chapter 13 |
| Barbara A Miller, | : | |
| Debtors | : | No.: 18-14460-pmm |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for David R. Miller and Barbara A. Miller, Debtors in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on October 27, 2020.

3. That a copy of the Motion, along with a Notice of Motion were served on parties in interest on October 27, 2020 .

4. That a certificate of service was filed with the court on October 27, 2020 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before November 16, 2020.

6. No response to said Motion has been received as of November 17, 2020.

ROSS, QUINN & PLOPPERT, P.C.

BY:    */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA  19464
      T: (610) 323 - 5300
      F: (610) 323 - 6081
Date:  November 17, 2020          JQuinn@rqplaw.com