THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  David R. Miller and          :          Chapter 13
    Barbara A. Miller,          :
        Debtors          :          No. : 18-14460-pmm

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated October 27, 2020 is hereby APPROVED.

BY THE COURT:

Date: November 19, 2020

HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE