**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  David R Miller and | : | Chapter 13 |
| Barbara A Miller, | : | |
| Debtors | : | No.: 18-14460-pmm |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for David R. Miller and Barbara A. Miller, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on October 28, 2020 along with the Notice of Application and Certificate of Service were timely served on parties in interest on October 28, 2020.

3. A response deadline to the application was due on or before November 18, 2020.

4. As of November 23, 2020, no response to said Application has been received.

                                                    **ROSS, QUINN & PLOPPERT, P.C.**

                                                    By: */s/ Joseph L. Quinn*_____
                                                        Joseph L. Quinn, Esquire
                                                        Attorney for Debtor
                                                        Attorney I.D. No. 307467
                                                        192 S. Hanover Street, Suite 101
                                                        Pottstown, PA 19464
                                                        Ph: (610) 323-5300

Dated: November 23, 2020