# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: David R Miller and | | Chapter 13 |
| Barbara A Miller, | | |
| Debtor(s) | | BK No. 18-14460-pmm |

## ORDER

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$990.50**.

3. This amount may be paid by the Trustee pursuant to the terms of the confirmed Plan.

Dated: 11/24/20

BY THE COURT:

_Patricia M. Mayer_
_____
HON. PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE