| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-14460-PMM**

DAVID  R MILLER
BARBARA  A  MILLER
906 HUFFS CHURCH ROAD
ALBURTIS  PA    18011

Petition Filed Date: 07/03/2018
341 Hearing Date: 08/14/2018
Confirmation Date: 05/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $500.00 | 6544017000 | 02/11/2020 | $850.00 | 6554561000 | 02/14/2020 | ($850.00) | 6554561000 |
| 02/25/2020 | $850.00 | | 04/02/2020 | $850.00 | | 05/19/2020 | $1,700.00 | |
| 06/03/2020 | $850.00 | | 06/18/2020 | $1,000.00 | | 08/27/2020 | $950.00 | |
| 11/12/2020 | $740.00 | | 12/10/2020 | $740.00 | | 01/25/2021 | $740.00 | |
| 03/17/2021 | $1,480.00 | | 04/23/2021 | $740.00 | | 05/24/2021 | $740.00 | |

**Total Receipts for the Period:  $11,880.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $24,630.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  007 | Unsecured Creditors | $535.14 | $0.00 | $535.14 |
| 6 | AT&T MOBILITY II LLC<br>»»  006 | Unsecured Creditors | $1,099.51 | $0.00 | $1,099.51 |
| 8 | BECKET & LEE, LLP<br>»»  008 | Unsecured Creditors | $611.13 | $0.00 | $611.13 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $444.52 | $0.00 | $444.52 |
| 12 | CNAC<br>»»  012 | Secured Creditors | $11,756.15 | $5,108.87 | $6,647.28 |
| 9 | FREEDOM MORTGAGE CORPORATION<br>»»  009 | Mortgage Arrears | $24,410.95 | $10,842.89 | $13,568.06 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  003 | Unsecured Creditors | $17,288.43 | $0.00 | $17,288.43 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $3,127.68 | $0.00 | $3,127.68 |
| 4 | MONTGOMERY WARD<br>»»  004 | Unsecured Creditors | $510.60 | $0.00 | $510.60 |
| 2 | ONE MAIN FINANCIAL<br>»»  002 | Secured Creditors | $6,640.16 | $2,885.61 | $3,754.55 |
| 10 | WINDSTREAM<br>»»  010 | Unsecured Creditors | $53.34 | $0.00 | $53.34 |
| 11 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»»  011 | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $990.50 | $990.50 | $0.00 |

**Chapter 13 Case No. 18-14460-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,630.00 | Current Monthly Payment: | $740.00 |
| Paid to Claims: | $22,577.87 | Arrearages: | $740.00 |
| Paid to Trustee: | $2,052.13 | Total Plan Base: | $52,750.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.