IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R. Miller and | : | Chapter 13 |
| Barbara A. Miller, | : | |
| Debtors | : | Bankruptcy No.: 18-14460-pmm |
| | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for David R. Miller, hereby certify that on April 26, 2022, a true and correct copy of Debtor's Motion to Sell Real Estate along with Notice of Motion was forwarded to the following parties, as follows:

***Via Electronic Filing (ECF) on April 26, 2022:***

Rolando Ramos-Cardona on behalf of Trustee Scott F. Waterman, Esq.
ecfmail@readingch13.com

Rebecca Ann Solarz on behalf of Creditor Freedom Mortgage Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Andrew L. Spivack on behalf of Creditor Freedom Mortgage Corporation
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman, Esq., Chapter 13 Trustee
ECFMail@ReadingCh13.com

***Via First Class US Mail on April 26, 2022:***

Deedra D. Slow, Bank. Spec.
OneMain
PO Box 3251
Evansville, IN 47731-3251

CNAC
601 State Rd
Emmaus, PA 18049

Victoria Mosby, Bankr. Spec.
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

1

All other creditors not otherwise notified by ECF on the mailing matrix.

                            **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
Date:  April 26, 2022        Counsel for Debtors