THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R. Miller and | : | Chapter 13 |
| Barbara A. Miller, | : | |
| Debtors | : | Bankruptcy No.: 18-14460-pmm |
| | : | |

## **CERTIFICATE OF NO OBJECTION**

The undersigned does hereby certify:

1. That I am the attorney for David R. Miller and Barbara A. Miller, Debtors in the above-captioned matter.

2. That a motion to sell real estate was filed by David R. Miller on April 26, 2022.

3. That a certificate of service was filed with the court on April 22, 2022 declaring timely service to parties in interest.

4. A response to the Motion was due on or before May 17, 2022.

5. No response to said Motion has been received as of June 1, 2022.

        ROSS, QUINN & PLOPPERT, P.C.

        BY:   */s/ Joseph Quinn*
               Joseph Quinn, Esquire
               Attorney I.D. No. 307467
               192 S. Hanover Street, Suite 101
               Pottstown, PA  19464
               T: (610) 323 - 5300
               F: (610) 323 - 6081
Date:  June 1, 2022               JQuinn@rqplaw.com