United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14460-pmm |
| David R Miller | Chapter 13 |
| Barbara A Miller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David R Miller, Barbara A Miller, 906 Huffs Church Road, Alburtis, PA 18011-2129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Barbara A Miller CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor David R Miller CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Jun 03, 2022     Form ID: pdf900     Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R. Miller and | : | Chapter 13 |
| Barbara A. Miller, | : | |
| Debtors | : | Bankruptcy No.: 18-14460-pmm |
| | : | |

**ORDER**

    **AND NOW**, upon consideration of the Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

    **ORDERED,** that debtor David R. Miller is granted permission to sell real property known as 906 Huffs Church Road, Alburtis, PA 18011 ("Property") for the sale price of $250,000 to buyers Justin K. Kerschner, Alicia M. Kerschner ("Buyers"), who have been represented to be purchasing the Property at arms-length.

    The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters     $ 1,500.00

2. Lien paid at closing – Freedom Mortgage Corporation *     $ 112,880.00
   * the lien shall be paid in full and will vary accordingly on actual settlement date.

3. Pennsylvania Real Estate Transfer Tax of 1.0%     $ 2,500.00

4. Commission to Creighton Faust (Agent of Seller)     $ 8,125.00

5. Commission to Jennifer Miller (Agent of Buyers)     $ 6,875.00

6. Payment to Scott F. Waterman, Chapter 13 Trustee     $ 20,720.00

7. Payment of Sale Proceeds to David R. Miller     $ 97,400.00

                                                  Total:     $ 250,000.00

This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry and Debtor David R. Miller and Buyers are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived.

The title clerk shall fax a settlement statement from the closing directly to Scott F. Waterman, Chapter 13 Trustee upon the close of the settlement to (610) 779-3637, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Upon entry of this Order, the Chapter 13 Trustee is to make no further ordinary disbursements to creditors and shall only disburse funds to creditors after receipt of the sale proceeds.

In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing Chapter 13 trustee derived from the sale of the real estate shall be transferred to the appointed Chapter 7 trustee.

BY THE COURT:

**Date: June 3, 2022**

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge