| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
#### Chapter 13 Case No. 18-14460-PMM

DAVID  R MILLER
BARBARA  A  MILLER
906 HUFFS CHURCH ROAD
ALBURTIS  PA    18011

Petition Filed Date: 07/03/2018
341 Hearing Date: 08/14/2018
Confirmation Date: 05/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $740.00 | | 05/24/2021 | $740.00 | | 06/16/2021 | $740.00 | |
| 08/18/2021 | $740.00 | | 09/15/2021 | $740.00 | | 11/10/2021 | $740.00 | |
| 01/10/2022 | $1,480.00 | | 02/03/2022 | $500.00 | | 03/04/2022 | $500.00 | |
| 03/07/2022 | $740.00 | | 04/07/2022 | $1,220.00 | | 06/14/2022 | $20,720.00 | 26468 |

**Total Receipts for the Period:  $29,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $52,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $535.14 | $0.00 | $535.14 |
| 6 | AT&T MOBILITY II LLC<br>»» 006 | Unsecured Creditors | $1,099.51 | $0.00 | $1,099.51 |
| 8 | BECKET & LEE, LLP<br>»» 008 | Unsecured Creditors | $611.13 | $0.00 | $611.13 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $444.52 | $0.00 | $444.52 |
| 12 | CNAC<br>»» 012 | Secured Creditors | $11,756.15 | $6,984.53 | $4,771.62 |
| 9 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Mortgage Arrears | $24,410.95 | $14,671.41 | $9,739.54 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 003 | Unsecured Creditors | $17,288.43 | $0.00 | $17,288.43 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $3,127.68 | $0.00 | $3,127.68 |
| 4 | MONTGOMERY WARD<br>»» 004 | Unsecured Creditors | $510.60 | $0.00 | $510.60 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Secured Creditors | $6,640.16 | $3,945.04 | $2,695.12 |
| 10 | WINDSTREAM<br>»» 010 | Unsecured Creditors | $53.34 | $0.00 | $53.34 |
| 11 | STEPHEN J ROSS ROSS QUINN & PLOPPERT<br>PC<br>»» 011 | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $990.50 | $990.50 | $0.00 |

**Chapter 13 Case No. 18-14460-PMM**

| | SUMMARY | |
|---|---|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $52,750.00 | Current Monthly Payment: | $740.00 |
| Paid to Claims: | $29,341.48 | Arrearages: | ($17,020.00) |
| Paid to Trustee: | $4,346.12 | Total Plan Base: | $52,750.00 |
| Funds on Hand: | $19,062.40 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.