United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-14460-pmm

David R Miller     Chapter 13

Barbara A Miller

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4

Date Rcvd: Aug 22, 2022     Form ID: 138OBJ     Total Noticed: 57

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | David R Miller, Barbara A Miller, 906 Huffs Church Road, Alburtis, PA 18011-2129 |
| 14644480 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14161129 | + | Berkheimer, 50 North Seventh Street, Bangor, PA 18013-1798 |
| 14161130 | + | Berkheimer, PO Box 995, North Seventh Street, Bangor, PA 18013-0995 |
| 14302778 | + | CNAC, 601 State Road, Emmaus, PA 18049-3029 |
| 14161132 | + | CNAC - Pa108, 601 State Rd, Emmaus, PA 18049-3029 |
| 14161133 | + | Complete Dermatology Center, 1445 West Broad Street, Quakertown, PA 18951-1109 |
| 14161134 | # | Credar Crest Ent Associates, 1251 S CedarCrest Bld #110, Allentown, PA 18103-6205 |
| 14161136 | + | Dave's Service LLC, 131 Aubrey Dr, Quakertown, PA 18951-2574 |
| 14164890 | + | Freedom Mortgage Corporation, c/o KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14644677 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esquire, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14161142 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I C System, Po Box 64378, Saint Paul, MN 55164 |
| 14161146 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14161153 | | LVPG Orthopedics, 1250 S Cedarcrest Blvd Ste 110, Allentown, PA 18103-6224 |
| 14161149 | + | Lehigh Valley Health Network, PO Box 8500, Philadelphia, PA 19178-8500 |
| 14161150 | + | Lehigh Valley Hospital-Ortho, PO Box 6195, Reading, PA 19610-0195 |
| 14161151 | | Lehigh Valley Physican Group, PO Box 1754, Allentown, PA 18105-1754 |
| 14161155 | #+ | McClure Law Office, P.O. Box 65, Middletown, PA 17057-0065 |
| 14161158 | | Penn Credit, 916 S 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14161160 | + | Penn Foundation, 807 Lawn Ave, Sellersville, PA 18960-1594 |
| 14161161 | + | PennCredit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14161164 | | St Luke's Hospital Quakertown Campus, Lockbox #9072, PO Box 8500, Philadelphia, PA 19178-9072 |
| 14161167 | + | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 14161169 | | Wells Fargo Bank, N.A., PO Box 536205, Atlanta, GA 30353-6205 |
| 14194948 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 22 2022 23:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 22 2022 23:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14188942 | + | Email/Text: g20956@att.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 22 2022 23:43:00 | AT&T Mobility II LLC, c/o AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 14161128 | ^ | MEBN | | |
| | | | Aug 22 2022 23:38:37 | Apex Asset Management, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 14192881 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 22 2022 23:39:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14161131 | + | Email/Text: bankrupt@choicerecovery.com | | |
| | | | Aug 22 2022 23:43:00 | Choice Recovery, 1550 Old Henderson Rd Suite S100, Columbus, OH 43220-3626 |
| 14161135 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | Aug 22 2022 23:43:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14191044 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 22 2022 23:39:46 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14161137 | ^ | MEBN | | |
| | | | Aug 22 2022 23:38:36 | Dynamic Recovery Solutions, PO Box 25759, Greenville, SC 29616-0759 |
| 14161138 | ^ | MEBN | | |
| | | | Aug 22 2022 23:38:42 | Fin Recovery, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 14161139 | | Email/Text: data_processing@fin-rec.com | | |
| | | | Aug 22 2022 23:43:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 14644481 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Aug 22 2022 23:43:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14161140 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Aug 22 2022 23:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 14161141 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Aug 22 2022 23:43:00 | Genesis Credit, Bankcard Services, PO Box 84049, Columbus, GA 31908-4049 |
| 14161142 | | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | Aug 22 2022 23:43:00 | I C System, Po Box 64378, Saint Paul, MN 55164 |
| 14161145 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 22 2022 23:43:00 | Internal Revenue Service, Insolvency Section, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14161147 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Aug 22 2022 23:43:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14161152 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 22 2022 23:39:46 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 14188922 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 22 2022 23:39:50 | LVNV Funding, LLC its successors and assigns as, assignee of Soaring Capital, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14161148 | + | Email/Text: bnc-capio@quantum3group.com | | |
| | | | Aug 22 2022 23:43:00 | Law Offices of Mitchell D. Bluhm & Assoc, PO Box 3269, Sherman, TX 75091-3269 |
| 14286794 | | Email/Text: BankruptcyECFMail@mccalla.com | | |
| | | | Aug 22 2022 23:43:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14161154 | + | Email/Text: bnc-capio@quantum3group.com | | |
| | | | Aug 22 2022 23:43:00 | Mba Law Offices/capio, 3400 Texoma Pkwy Ste 100, Sherman, TX 75090-1916 |
| 14161156 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Aug 22 2022 23:43:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14182790 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Aug 22 2022 23:43:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14174153 | | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Aug 22 2022 23:39:50 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14161157 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Aug 22 2022 23:39:46 | OneMain, Po Box 1010, Evansville, IN |

Case 18-14460-pmm    Doc 90    Filed 08/24/22    Entered 08/25/22 00:29:13    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2022 | Form ID: 138OBJ | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 47706-1010 |
| 14170398 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2022 23:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14161162 | | Email/Text: bkrpt@retrievalmasters.com | Aug 22 2022 23:43:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 14161163 | + | Email/Text: bankruptcy@sw-credit.com | Aug 22 2022 23:43:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14161165 | | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 22 2022 23:43:00 | Sunrise Credit Services, PO Box 9100, Farmingdale, NY 11735-9100 |
| 14161260 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 22 2022 23:39:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14161166 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 22 2022 23:43:00 | Transwold Systems Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 14161168 | ^ | MEBN | Aug 22 2022 23:38:35 | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14161143 | *P++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444, address filed with court:, I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14161144 | ##+ | Improved Data Services LLC, 5500 Main Street Suite 212, Williamsville, NY 14221-6737 |
| 14210161 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14161159 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Barbara A Miller CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor David R Miller CourtNotices@rqplaw.com |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Aug 22, 2022 | Form ID: 138OBJ | Total Noticed: 57

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: David R Miller and Barbara A Miller
    Debtor(s)

Case No: 18−14460−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/22/22

89 − 87
Form 138OBJ