IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  David R Miller and | : | Chapter 13 |
| Barbara A Miller, | : | |
| Debtors | : | Bankruptcy No.: 18-14460-pmm |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtors, David R. Miller and Barbara A. Miller, effective immediately, to:

> 860 Reynolds Lane
> Vidor, TX 77662

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph; (610) 323-5300
jquinn@rqplaw.com

Date: August 30, 2022