Fill in this information to identify the case:

Debtor 1    David R. Miller

Debtor 2    Barbara A. Miller fka Barbara A Bolig fka Barbara A Rose

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    18-14460 AMC

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION    **Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 1467

**Date of payment change:**
Must be at least 21 days after date of this notice    12/1/19

**New total payment:**    $1,016.85
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $484.88    New escrow payment: $ 484.58

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

| Debtor(s) | Barbara A. Miller fka Barbara A Bolig fka Barbara A Rose, and David R. Miller | Case number (*if known*) 18-14460 AMC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz          Date  11/4/19
Signature

Print:  Rebecca A. Solarz          Title  Attorney for Creditor
        First Name   Middle Name   Last Name

Company:  KML Law Group, P.C.

Address:  701    Market Street, Suite 5000
          Number    Street
          Philadelphia,          PA    19106
          City                  State  ZIP Code

Contact phone  (215) 627–1322    Email  RSolarz@kmllawgroup.com